United States District Court
For the
Southern District of Iowa

RECEIVED
MAR 09 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Kelvin Scott
vs
Marth Lucey Attorney
For Appellate Defender Office
Lucas State Office Bldg
321 E 12th Street
Des Moines, IA
50319-0068

Petition of Right
Application For Discretionary
Review; Or Which This
Court Deems Appropriate

Iowa Supreme Court 22-0117
State of Iowa
vs
Kelvin Scott

This is a petition to the Federal Courts for review that I believe that the State of Iowa Appellate Defender Office Ms. Marth Lucey is violating my civil rights under the 4th, 5th, 6th and 14th Amen. to the United States Constitution; and thereby prohibiting my liberty to be free from prison with malice malpractices of the law.

1

Comes now Kelvin Scott 0802274 IMCC Coralville, IA 52241 pro se and ask the Federal Court for review that my civil rights may be being violated, thereby violating the 4, 6, and 14th Amendment to the United States Constitution; (BHC Courts did not set cash or surety on Appeal Bond):

1. On Jan. 2022 I filed notice of Appeal from BHC Iowa OWCR232135, OWCR235419 and the Appellate Defender Office was appointed.

2. On Jan 24, 2022 Marth Lucey Filed Appearance for State of Iowa Appellate Defender Office (see Set 22-0117)

3. After my many-many request Marth Lucey refuses to apply to the Courts for cash or surety on Appeal and because of:

4. Iowa Code 814.6A the courts hands are tied from considering my pro se requests for cash or surety on Appeal (see Attached Exhibit A.)

5. Marth Lucey is using this Law to hinder my rights to apply to the courts for cash or surety on Appeal with Malice.

Narriative on Further Facts and Beliefs

Under Iowa Law there is not a right of appeal by which decision one way or the other is to be decided by the Supreme Court of Iowa and until that decision is made one way or the other the Iowa constitution guarnteeds the defendant cash or surety on Appeal Bond (see Iowa Const.)

I believe the evidence clearly demonstrates that not only are my civil rights being violated, but they are being violated with malice malpractices of the law by Appellate counsel Marth Lucey.

Marth Lucey explination to me as to why she is refusing

2

to apply to the courts for cash or surety Appeal Bond is that she is awaiting for transcripts, but she has refused to order the appropriate transcript. She in fact ordered transcript in another proceeding of the year 2020 when this appeal matters are 2021 to 2022. Nonetheless a transcript at this stage in regards to a cash or surety on Appeal bears no weight as to my civil rights to the cash or surety on Appeal while awaiting for the Supreme Court to decide wheather or not to deny my appeal; But on another hand, and in fact, the transcript could close my faith to the right of Appeal. But that would be of another matter and a conclusion to the cash or surety on Appeal if I there by had been granted one as the constitution so declared one to be, and this is well within Martha Lucey cognizant which makes her actions/inactions to be with malice malpractices of the law for the State of Iowa, and qualified Immunity shall not be granted in that Martha Lucey is violating my civil rights under the 4th, 6th and 14th Amendment to the United States Constitution.

Conclusion

Reasonings or exciplinations nor theories are not important as to why Martha Lucey has vowed to violate my civil rights by not applying to the courts for cash or surety on Appeal while I awaits a decision on my appeal; I was arrested for OWI in May 2019. I been out on bond until Jan, 17, 2022. I must had made 50 or more appearance before the

courts for hearings etc. Not a one failure to appear. I was, or I may say, the Court sentenced me on Jan. 10, 2022 and told me to turn myself in on Jan 17, 2022 by which I faithfully did so. My point in saying this is there is ~~definitively~~ no flight risk or a threat risk. The only thing here is that I believe that I am not guilty by the Appeal court of law and my theory is that Marth Lucey grabbed the baton after it was passed on to her from the BHC courts when it beginned the violating of my civil rights to a cash or surety on Appeal and then Marth Lucey had the ~~audacit~~ audacity to write to me and tells me that thats the way it goes in Black Hawk County (see exhibit ). Well I don't believe that BHC or any other county is above the law. As the courts will not consider my pro se pleadings for cash or surety on Appeal Bond (see attached). Wherefore, I pray this Court grant Discretionary Review and issue the appropriate ruling. And Let It Be.

[signature]
3/2/22

cc: Appellate Defender Division
Office of State Public Defender
Lucas State Office Bldg
321 E 12th St
Des Moines, IA 50319

4

Exhibit A

# IN THE SUPREME COURT OF IOWA

No. 22–0117

Black Hawk County No. OWCR232135
Black Hawk County No. OWCR235419

## ORDER

STATE OF IOWA,
    Plaintiff-Appellee,

vs.

KELVIN LYNELL SCOTT,
    Defendant-Appellant.

---

This matter comes before the court upon receipt of two pro se filings from the appellant regarding arguments for his appeal. The appellant is currently represented by the Appellate Defender's Office. Accordingly, the court will not consider the appellant's pro se filings. *See* Iowa Code § 814.6A(1) ("A defendant who is currently represented by counsel shall not file any pro se document, including a brief, reply brief, or motion, in any Iowa court. The court shall not consider, and opposing counsel shall not respond to, such pro se filings.").

Copies to:

Kelvin Lynell Scott
#0807274
Black Hawk County Jail
225 E. 6th Street
Waterloo, IA 50703

Appellate Defender
Lucas Building
321 E. 12th Street
Des Moines, IA 50319

Martha Lucey

CLERK OF SUPREME COURT
JAN 31, 2022
ELECTRONICALLY FILED

Lucas Bldg 4th Floor
Appellate Defenders Office
Des Moines, IA 50319

Lori Johnson Nelson
The Sayer Law Group P.C.
925 E. 4th Street
Waterloo, IA 50703

Criminal Appeals Division Iowa Attorney General
Hoover Building
1305 E. Walnut
Des Moines, IA 50319



State of Iowa Courts

**Case Number**  **Case Title**
22-0117          State v. Scott

So Ordered

*Matthew C. McDermott*

Matthew C. McDermott, Justice

Electronically signed on 2022-01-28 15:39:25

Kelvin Scott 0807274
IMCC 2700 Coralridge Ave
Coralville, IA 52241



CEDAR RAPIDS IA 522
3 MAR 2022 PM 2 L

NOTICE: This correspondence was mailed from an institution of the Iowa Department of Corrections.

Chief Judge U.S. District Court
Southern District of Iowa
131 E 4th St
Davenport, IA
52801

52801-151699